No. 257 April 1, 2026 205

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

MICHAEL SPENCER WASHINGTON, JR.,
*Petitioner-Appellant,*

*v.*

Corey FHUERE,
Superintendent,
Oregon State Penitentiary,
*Defendant-Respondent.*

Marion County Circuit Court
20CV31943; A182484

Claudia Burton, Senior Judge.

On appellant's petition for reconsideration filed February 10, 2026, and respondent's response filed February 13, 2026. Nonprecedential opinion filed January 28, 2026. 346 Or App 749.

Karen A. Steele for petition.

Dan Rayfield, Attorney General, Paul L. Smith, Solicitor General, and Ryan Kahn, Assistant Attorney General, for response.

Before Aoyagi, Presiding Judge, Egan, Judge, and Kamins, Judge.

KAMINS, J.

Reconsideration allowed; former opinion modified and adhered to as modified.

**KAMINS, J.**

Petitioner seeks reconsideration of our opinion in *Washington v. Fhuere*, 346 Or App 749 (2026) (nonprecedential memorandum opinion). Petitioner argues that two of the dates in the opinion are erroneous—the date he filed his initial petition for post-conviction relief, and the date it was denied, *Washington*, 346 Or App at 750—and also requests we include additional information in the opinion. We agree that those dates were listed in error but otherwise decline to modify the opinion. Accordingly, we allow reconsideration, modify our prior opinion as described below, and adhere to the opinion as modified.

We modify the challenged sentence from "Petitioner filed his first PCR petition in 2017 and was denied relief in 2018, which we affirmed," *Washington*, 346 Or App at 750, to "Petitioner filed his first PCR petition in 2015 and was denied relief in 2017, which we affirmed." We strike the years "2017" and "2018" in the first sentence and replace them, respectively, with "2015" and "2017."

Reconsideration allowed; former opinion modified and adhered to as modified.